374 A.2d 707

Commonwealth, Appellant, v. 1970 Cadillac Coupe DeVille.

Commonwealth, Appellant, v. 1968 Chevrolet Four Door Sedan.

Argued April 11, 1977. J. Leonard Langan, Assistant Attorney General, and Robert P. Kane, Attorney General, submitted a brief for Commonwealth, appellant; William R. Ellis, with him Leventon & Leventon, for appellee.

Orders affirmed.

VAN der VOORT, J., absent.